# Exhibit B

**December 1, 2021** | 1:34 pm

## COVID-19 Vaccines

Vaccine appointments are available at New York State mass vaccination sites for children ages 5- 11. Vaccines are also widely available through your child's pediatrician, family physician, local county health department, FQHC, or pharmacy.

FIND PROVIDER ❯

# Department of State
## Division of Corporations

## Entity Information

[Return to Results]   [Return to Search]

### Entity Details

**ENTITY NAME:** L.E.B. ELECTRIC, LTD.
**DOS ID:** 1091938
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** Active
**DATE OF INITIAL DOS FILING:** 06/19/1986
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 06/19/1986
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** Nassau
**NEXT STATEMENT DUE DATE:** 06/30/2022
**JURISDICTION:** New York, United States
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** L.E.B. ELECTRIC, LTD.

**Address:** 85 RALPH AVE, APARTMENT, SUITE, UNIT, BUILDI, COPIAGUE, NY, United States, 11726

#### Chief Executive Officer's Name and Address

**Name:** WILLIAM R PARKER

**Address:** 85 RALPH AVENUE, COPIAGUE, NY, United States, 11726

#### Principal Executive Office Name and Address

**Name:**

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

#### Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** No

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | |