```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L.E.B. ELECTRIC LTD.,
                      Plaintiff,

        -against-                                21-CV-10319 (VEC)

KINETICS INDUSTRIES INC.,                    ORDER

                      Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 3, 2021, this case was removed from the Supreme Court of the County of New York to the Southern District of New York, Dkt. 1;

       WHEREAS on December 8, 2021, the Court ordered the parties to show cause in writing by December 17, 2021 why this case should not be transferred to the Eastern District of New York, Dkt. 7; and

       WHEREAS to date neither party has responded to the Court's December 8, 2021 order;

       IT IS HEREBY ORDERED that this case is transferred to the Eastern District of New York in the interest of justice, inasmuch as the accident occurred in the Eastern District of New York and the Plaintiffs reside there. *See* 28 U.S.C. § 1404(a).

**SO ORDERED.**

**Date:  December 20, 2021**
          **New York, New York**                        **VALERIE CAPRONI**
                                                                **United States District Judge**